IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIRECTV INC.,

     Plaintiff,                           No. CIV S-04-2058 MCE GGH

vs.

CRAIG HANRION,                         ORDER

     Defendant.

_____/

        This matter, presently scheduled for plaintiff's motion for default judgment against defendant Hanrion, is vacated from the calendar for July 21, 2005, and will be taken under submission on the papers.

DATED: 7/11/05                /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:076
direct2058.sbm.wpd

1